IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DEANGELLO DAVIS, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> SHERIFF KENT HAWKINS, OFFICERS ) <br> ANDREW PHILLIPS, GERALD MCGEE ) <br> and BILL HAVERLY, All Individually ) <br> and in their official capacity at the ) <br> LAWRENCE COUNTY SHERIFF'S ) <br> DEPARTMENT, WARDEN of the ) <br> LAWRENCE COUNTY JAIL, ) <br> LAWRENCE COUNTY POLICE ) <br> DEPARTMENT, LAWRENCE COUNTY ) <br> JAIL and LAWRENCE COUNTY, ) <br> ) <br> Defendants. ) | Cause No. 2:04-CV-303 |

## ORDER OF DISMISSAL

The parties having filed their Stipulation to Dismiss and the Court being duly advised, now grants said Stipulation.

IT IS HEREBY ORDERED that the above cause of action is hereby dismissed with prejudice, costs paid.

All of which is Ordered this __12__ day of __December__, 2005.

_S/Andrew P. Rodovich_
~~Judge, Lake Superior Court~~
US MAGISTRATE JUDGE

Copies to:

Kaiser D. Lowe
Attorney for Plaintiff
Lowe & Webster Lowe
1205 West Lincoln Highway, Suite 2B
Merrillville, IN  46410

Julie J. Havenith
Attorney for Defendants
Law Offices of St. Paul Travelers
200 N. LaSalle Street, Suite 2000
Chicago, IL  60601